UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SEAN DOWLING,

      Plaintiff,

   v.

HANS SCHUMACHER and
JAMES NANCE,

      Defendants.

------------------------------------X

No. 09 Civ. 4146 (RMB) (MHD)

[PROPOSED] SCHEDULING ORDER

  WHEREAS the parties have conducted extensive discovery in the above-captioned matter;

  WHEREAS despite these best efforts, the parties are still trying to address and resolve certain issues relating to discovery without seeking the Court's intervention;

  WHEREAS the parties wish to commence settlement discussions;

  WHEREAS the parties also require additional time to complete expert discovery;

  NOW, THEREFORE, the parties' request for an adjournment is granted, and the Scheduling Order is modified as follows:

  1. All fact discovery is to be completed by **Friday, October 30, 2009**.

  2. Plaintiff shall designate his expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **Monday, November 9, 2009**. Defendants are to provide equivalent information by **Monday, December 7, 2009**.

3. All remaining expert witness discovery is to be completed by **Monday, December 21, 2009.**

4. The parties are to submit a joint pre-trial order by **Monday, January 11, 2010.**

5. No further extensions should be expected.

SO ORDERED: 9/29/09

Michael H. Dolinger
United States Magistrate Judge